UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

NORMAN HOEWISCHER, individually,

          Plaintiff,

v.

WILSON SQUARE, LLC, a Florida
limited liability company,

          Defendant.
_____

Case No.: 3:11-cv-01088-RBD-JRK

### NOTICE OF SETTLEMENT

Plaintiff, NORMAN HOEWISCHER, by and through the undersigned counsel, hereby gives the Court notice that the parties have reached a settlement in this matter. The parties are finalizing the settlement documents.

Dated: February 17, 2012.

Respectfully submitted,
/s/ Barbra R. Joyner, Esq.
Barbra R. Joyner, Esq.

CERTIFICATE OF SERVICE

I hereby certify that on February 17, 2012, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to the following non-CM/ECF participants:

Barbra R. Joyner, Esq.
Thomas B. Bacon, P.A.
1470 E. Michigan St.
Orlando, FL  32806
Email:  bjoyneresq@aol.com
Phone: (407) 481-7997
Fax: (407) 481-7986
Florida Bar. Id. No. 141348

By: /s/ Barbra R. Joyner, Esq.
    Barbra R. Joyner, Esq.