**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

**NORMAN HOEWISCHER,**

    Plaintiff,

v.                                         **Case No. 3:11-cv-1088-J-37JRK**

**WILSON SQUARE, LLC,**

    Defendant.
_____/

**ORDER**

Upon the parties' Stipulation for Dismissal With Prejudice (Doc 16), filed March 5, 2012, it is **ORDERED** and **ADJUDGED** that

1. This cause is hereby **DISMISSED WITH PREJUDICE.** All parties shall bear their own costs, attorneys' fees, expert fees and expenses other than those specified in the Confidential Settlement Agreement and all parties agree not to file any further motions in this matter. The Court retains jurisdiction to enforce the terms and conditions of the parties' settlement.

2. The Clerk is directed to **CLOSE** the file.

**DONE** and **ORDERED** in Jacksonville, Florida on this 7th day of March, 2012.

ROY B. DALTON JR.
United States District Judge

Copies to:
Counsel of Record